**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

IN RE CAMPBELL SOUP COMPANY
SECURITIES LITIGATION

No. 1:18-cv-14385-NLH-MJS

**ORDER**

For the reasons expressed in the Court's Opinion filed today,

IT IS on this   11th   day of   October  , 2022

ORDERED that Defendants' Motion to Dismiss (ECF 72) will be, and the same hereby is, GRANTED; the Second Amended Complaint is DISMISSED with prejudice; and the Clerk shall mark this matter as CLOSED.

At Camden, New Jersey

 s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.